United States District Court

Eastern District of California

Anthony L. Patton,

     Plaintiff,            No. Civ. S 04-1893 FCD PAN P

  vs.                     Order

R. S. Johnson, et al.,

     Defendants.

-oOo-

February 8, 2006, the court issued findings and recommendations stating plaintiff failed to file an amended complaint.  This is in error, plaintiff filed an amended complaint February 2, 2006.  Good cause appearing, the findings and recommendations are vacated.  The court will screen plaintiff's amended complaint and determine whether it is appropriate for service.  So ordered.

    Dated:  February 9, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge