IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. PATTON,

    Plaintiff,                    No. CIV S-04-1893 FCD PAN P

  vs.

R.S. JOHNSON, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 27, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: R.S. Johnson, D. Van Leer, J. Epperson, D. Peddicord, B. Logan, J. Harwood, and P. Masterson.

/////

2. The Clerk of the Court shall send plaintiff seven USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed February 2, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Seven completed USM-285 form for each defendant listed in number 1 above; and

    d. Eight copies of the endorsed amended complaint filed February 2, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 30, 2006.

                                                      UNITED STATES MAGISTRATE JUDGE

12/mp
patt1893.1amd

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ANTHONY L. PATTON,
11          Plaintiff,                     No. CIV S-04-1893 FCD PAN P
12      vs.
13   R.S. JOHNSON, et al.,                 NOTICE OF SUBMISSION
14          Defendants.                    OF DOCUMENTS
15   _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18          __1__           completed summons form
19          __7__           completed USM-285 forms
20          __8__           copies of the _February 2, 2006_
                                         Amended Complaint
21   DATED:
22
23                                         _____
                                           Plaintiff
24
25
26