IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. PATTON,

    Plaintiff,                      No. CIV S-04-1893 FCD PAN P

    vs.

R.S. JOHNSON, et al.,

    Defendants.                ORDER

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to the defendants' July 24, 2006 motion to dismiss. Good cause appearing, plaintiff's request will be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's August 16, 2006 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' July 24, 2006 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: August 28, 2006.

                                       /s/ John F. Moulds
                                       UNITED STATES MAGISTRATE JUDGE

14/bb/patt1893.36