IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. PATTON,

          Plaintiff,               No. CIV S-04-1893 FCD EFB P

    vs.

R.S. JOHNSON, et al.,

          Defendants.        <u>ORDER</u>

_____/

        Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' July 24, 2006 motion to dismiss pursuant to the court's order of August 30, 2006.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1.  Plaintiff's October 23, 2006 application for an extension of time is granted; and

        2.  Plaintiff shall file and serve an opposition to defendants' July 24, 2006 motion to dismiss on or before November 30, 2006.  No further extensions of time will be granted.

DATED:  November 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE