IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY L. PATTON,** | CIV S-04-1893 FCD EFB P |
| Plaintiff, | **ORDER GRANTING STAY OF DISCOVERY** |
| v. | |
| **R. S. JOHNSON, et al.,** | |
| Defendants. | |

The Court, having considered defendants' request for a stay of discovery pending disposition of defendants' motion to dismiss, and good cause having been found:

IT IS HEREBY ORDERED that defendants' motion for stay of discovery is granted and discovery shall not commence until a scheduling order, if any, is issued in this case.

Dated: November 29, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE