IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. PATTON,

   Plaintiff,        No. CIV S-04-1893 FCD EFB P

 vs.

R.S. JOHNSON, et al.,

   Defendants.     <u>ORDER</u>

_____/

   Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

   The United States Marshal has returned process directed to defendant J. Epperson unserved because unable to locate. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1   Accordingly, it is ORDERED that:

2   1. The Clerk of the Court shall mail plaintiff one USM-285 form and a copy of the
3   pleading filed February 2, 2006.

4   2. Within 90 days from the date this order is served, plaintiff may submit the attached
5   Notice of Submission of Documents with a completed form USM-285 providing instructions for
6   service of process upon defendant J. Epperson and two copies of the pleading provided to
7   plaintiff.

8   3. Failure to provide new instructions for service of process upon defendant J. Epperson
9   within the time allowed or show good cause for such failure will result in a recommendation that
10  this action be dismissed as to defendant J. Epperson.

11  Dated: May 21, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. PATTON,

     Plaintiff,                              No. CIV S-04-1893 FCD EFB P

     vs.

R.S. JOHNSON, et al.,                  NOTICE OF SUBMISSION

     Defendants.                   OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__    completed summons form

     __1__    completed USM-285 forms

     __2__    copies of the _February 2, 2006_
                                    Complaint

DATED:

                                              _____
                                              Plaintiff